UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HARDY,

                          Plaintiff,

          -against-

NEW YORK STATE DEPARTMENT OF
LABOR,

                          Defendant.

1:19-CV-5291 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 22, 2020, dismissing this action as frivolous and for

seeking monetary relief against a defendant that is immune from such relief,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as

frivolous and for seeking monetary relief against a defendant that is immune from such relief. 28

U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 22, 2020
          New York, New York

                                        _____
                                             COLLEEN McMAHON
                                        Chief United States District Judge